# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 5, 2018

158572 & (17)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

JUSTLY ERNEST JOHNSON,
      Defendant-Appellant.

_____/

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

SC: 158572
COA: 345694
Wayne CC: 99-005393-FC

On order of the Chief Justice, the motion of defendant-appellant to withdraw his application for leave to appeal and his motion for immediate consideration is GRANTED. The case is dismissed with prejudice.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 5, 2018



Clerk